UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SIMPSON,
    Petitioner,

v.      No. 2:16-cv-01810

MARK GARMON; THE DISTRICT ATTORNEY
OF PHILADELPHIA COUNTY, and THE
PENNSYLVANIA ATTORNEY GENERAL,
    Respondents.

# O R D E R

**AND NOW**, this 5th day of April, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Simpson's objections, ECF No. 22, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 20, is **ADOPTED in part** as stated in the Opinion;

3. The petition for writ of habeas corpus is **DISMISSED**;

4. This case is **CLOSED**; and

5. A certificate of appealability is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge